UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SHANNON EARL TROCHE, | : | Case No. 1:12-cv-176 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| MICHAEL CRABTREE, | : | |
| Defendant. | : | |

### DECISION AND ENTRY:

### (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 55); (2) GRANTING DEFENDANT MICHAEL CRABTREE'S MOTION FOR SUMMARY JUDGMENT (DOC. 45); AND (3) TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 12, 2015, submitted a Report and Recommendation (Doc. 55). Plaintiff sought (Doc. 59) and was granted (by Notation Order) an extension of time to prepare his objections, which were filed on February 10, 2015 (Doc. 62).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 55) is **ADOPTED**; and

2. Defendant Michael Crabtree's Motion for Summary Judgment (Doc. 45) is **GRANTED.**

3. The Clerk shall enter judgment accordingly, whereupon this case is **CLOSED** in this Court.

**IT IS SO ORDERED**.

Date: 2/10/2015
							*s/ Timothy S. Black*
							Timothy S. Black
							United States District Judge