UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHANNON EARL TROCHE,
    Plaintiff,

vs.

OFFICER MICHAEL CRABTREE,
    Defendant.

Case No. 1:12-cv-176
Black, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court after an informal telephonic discovery hearing held on the record on January 24, 2017. Based on the matters discussed at this hearing, the Court hereby finds and/or orders the following:

1. The parties are **ORDERED** to file a proposed protective order by **Friday, January 27, 2017.**

2. Defendant is **ORDERED** to produce an un-redacted version of his disciplinary file. This is to be produced pursuant to the "attorneys' eyes only" provision that will be included in the protective order to be filed with the Court.

3. Defendant is **ORDERED** to produce plaintiff's medical records from August 20, 2011 to the present.

4. Defendant is **ORDERED** to produce defendant's mental health medical records from August 20, 2009 to February 20, 2012.

5. Defendant is **ORDERED** to submit for *in camera* review prison schematics showing camera locations and the location of the pan room.

6. Defendant is **ORDERED** to submit for *in camera* review un-redacted copies of defendant's supplemental nepotism statements (AGO000314 and AGO000448) and staff nexus form (AGO000410).

7. Defendant is **ORDERED** to produce un-redacted copies of the prison's use of force policies, training documents, and the document entitled "Action-Response: Response to Resistance Continuum" that were in effect on August 20, 2011. The use of force policies are to be produced pursuant to the protective order's "confidential" provision. The remaining documents are to be produced pursuant to the protective order's "attorneys' eyes only" provision.

8. Defendant is **ORDERED** to supplement his responses to interrogatories no. 4, 5, 7, and 17.

9. The redaction of defendant's date of birth, home address, and personal phone number in the documents defendant has produced is permissible given the security concerns raised by defendant at the conference.

10. Defendant is **ORDERED** to produce copies of documents AGO000468-469 in which his employment and education history are not redacted.

11. The parties are **ORDERED** to file a joint proposed revised scheduling order by **Monday, January 30, 2017**.

**IT IS SO ORDERED.**

Date: 1/25/2017

Karen L. Litkovitz
United States Magistrate Judge